```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/13
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CENTER FOR CONSTITUTIONAL RIGHTS,
                    Plaintiff,

          -against-

DEPARTMENT OF DEFENSE AND ITS
COMPONENTS DEFENSE INTELLIGENCE
AGENCY AND UNITED STATES SOUTHERN
COMMAND; DEPARTMENT OF JUSTICE AND
ITS COMPONENTS FEDERAL BUREAU OF
INVESTIGATION AND EXECUTIVE OFFICE
OF UNITED STATES ATTORNEYS; and
CENTRAL INTELLIGENCE AGENCY
                    Defendants.
------------------------------------------------------------X

12 **CIVIL** 0135 (NRB)

**JUDGMENT**

Whereas before the Court are CCR's motion for partial summary judgment with respect to the DOD and the FBI and the Government's cross-motion for summary judgment on behalf of all defendant agencies, including the CIA, and the matter having come before the Honorable Naomi Reice Buchwald, United States District Judge, and the Court, on September 12, 2013, having rendered its Memorandum and Order denying CCR's motion for partial summary judgment and granting the Government's cross-motion for summary judgment, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated September 12, 2013, CCR's motion for partial summary judgment is denied and the Government's cross-motion for summary judgment is granted.

**Dated:** New York, New York
         September 17, 2013

                                                  **RUBY J. KRAJICK**
                                                      Clerk of Court
                                    BY:
                                                         **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____